# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing<br><br>Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6131 | HEARING LOCATION<br><br>Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JANUARY 24, 2023

| | |
|---|---|
| 22-10433 | United States v. Gilberto Gonzalez-Gonzalez, Appellant |
| 22-10647 | GSE Consulting, Inc., Appellant v. L3Harris Technologies, Inc. |
| 22-10633 | Carpenters Pension Fund of Illinois, Appellant v. MiMedx Group, Inc., et al. |

### WEDNESDAY, JANUARY 25, 2023

| | |
|---|---|
| 21-11036 | John Ravan, Appellant v. Corporal Althea Jackson, et al. |
| 22-10600 | Janet Turner O'Kelley, et al., Appellants v. Sgt. Travis Palmer Curran, et al. |
| 21-12906 | Silver Comet Terminal Partners, LLC, et al., Appellants v. Paulding County Airport Authority |
| 21-14397 | Raeann Bayless, Appellee/Cross Appellant v. Coloplast Corp., Appellant/Cross Appellee |

### THURSDAY, JANUARY 26, 2023

| | |
|---|---|
| 21-14318 | Sasha Pringle v. Secretary, Florida Department of Corrections, et al., Appellants |
| 21-12776 | WBY, Inc., Appellant v. City of Chamblee, Georgia |
| 22-10773 | Vision Warriors Church, Inc., Appellant v. Harry Johnston, et al. |
| 22-11317 | Jasmine Adams, et al., Appellants v. Demopolis City Schools, et al. |

### FRIDAY, JANUARY 27, 2023

| | |
|---|---|
| 21-13377 | Northern Illinois Gas Company, Appellant v. USIC, LLC |
| 22-11046 | Georgia Atlas, Inc., et al., Appellants v. Executive Director of the Georgia Access to Medical Cannabis Commission, et al. |
| 22-10553 | Angel Perrone, Appellant v. Centurion of Florida, LLC, et al. |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
12/09/22 - #9